## Kessler *v.* Kessler, Appellant.

Argued September 12, 1975. *Larrick B. Stapleton,* for appellant; *Robert Keller,* for appellee.

Order affirmed.